UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>        Plaintiff,<br><br>    v.<br><br>JAYESH DESAI, et al.,<br><br>        Defendants. | Case No. 21-cv-01450-JCS<br><br>**ORDER TO MEET AND CONFER REGARDING POTENTIAL STAY** |

This case concerns allegations that a hotel reservations website violates the Americans with Disabilities Act ("ADA") and Unruh Civil Rights Act for failure to include sufficient information regarding the accessibility of rooms for guests with disabilities. As far as this Court is aware, no binding precedent addresses the standards for such claims, and a number of cases currently on appeal to the Ninth Circuit present that issue. *See, e.g.*, *Love v. Marriott Hotel Servs., Inc.*, No. 21-15458 (9th Cir.); *Arroyo v. JWMFE Anaheim, LLC*, No. 21-55237 (9th Cir.); *Garcia v. Gateway Hotel L.P.*, No 21-55227 (9th Cir.). The parties to at least one case before this Court raising similar claims have stipulated to stay proceedings pending resolution of the issue by the Ninth Circuit. *See Whitaker v. Jack London Square Existing (Oakland) Owner, LLC*, No. 3:21-cv-00008-JCS, ECF Doc. No. 19 (N.D. Cal. April 4, 2021).

In the interest of efficiency, the parties are ORDERED to: (1) meet and confer to determine whether they agree to a stay of this case; and (2) file a stipulation, a joint status report, or separate status reports no later than three weeks from the date of this order. The deadline for Defendants to answer or otherwise respond to the complaint is CONTINUED to five weeks from the date of this order.

**IT IS SO ORDERED.**

Dated: April 12, 2021

JOSEPH C. SPERO
Chief Magistrate Judge